UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Christopher Defeo,

                                   Plaintiff,         STIPULATION
                                                             EXTENDING TIME
                  -against-                            TO ANSWER

County of Suffolk, N.Y., Suffolk County Police Officer
Dane Flynn, Shield No. 6092, individually, Suffolk County
Police Officer Lee individually, Guy Leibstein, and Adcomm,

                                                                  Index No. 16 Civ.5150
                                                                  (SJF) (SIL)

                                  Defendants.
-----------------------------------------------------------------X

        PLEASE TAKE NOTICE that it is hereby agreed by and between the undersigned attorneys of record for the parties herein that the defendants Guy Leibstein, and Adcomm's time to answer or move with respect to the plaintiff's complaint in the above entitled action in hereby extended to February 9, 2017.

Dated: Bayport, New York
          January 12, 2017

_____                        _____
William J. Graham, P.C.                             The Law Office of Ryan Lozar, P.C.
Attorney for Defendants Adcomm            Attorney for Plaintiff
& Guy Leibstein                                       Christopher Defeo
Suite 2                                                            305 Broadway
982 Montauk Highway                             10th Floor
Bayport, New York 11705                        New York, N.Y. 11788
(631) 231-2954                                              (310) 867-1562