## William J. Graham, PC
Attorney at Law
982 Montauk Highway
Suite 2
Bayport, New York 11705

(631) 231-2954
Fax (631) 231-3296

---

January 19, 2017

Hon. Sandra J. Feuerstein, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

            **Re: Defeo v. County of Suffolk, N.Y. et al**
            **Civil Docket: 16Civ.5150 (SJF)(SIL)**
            **COURTESY COPY**

Dear Judge Feurstein:

    I have been retained to represent Defendants, Guy Leibstein and Adcomm and filed a Notice of Appearance on January 9, 2017. I have contacted Ryan Lozar, Esq., the attorney for the Plaintiff, and we entered into a Stipulation Extending Time to Answer until February 9, 2017, which I am filing with this letter request. If the Court extends time for Defendants to Answer pursuant to the Stipulation, I also respectfully request that the Court set aside the entry of Default against Defendant Leibstein, and terminate as moot Plaintiff's request for entry of Default against Adcomm. Plaintiff consents to this request.

                                                          Very truly yours,

                                                           WILLIAM J. GRAHAM

CC:    Ryan Lozar, Esq. For Plaintiff
          Arlene Zwilling, Esq, For: Defendant, County of Suffolk