## CIVIL CAUSE FOR STATUS CONFERENCE

### BEFORE: JUDGE FEUERSTEIN

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 27 2017 ★

LONG ISLAND OFFICE

**DATE**: April 27, 2017          **TIME**: 30 MINUTES

**CASE NUMBER**: 2:16-cv-05150-SJF-SIL

**CASE TITLE**: Defeo v. County of Suffolk, N.Y. et al

**PLTFFS ATTY**: Ryan Lozar
  X  present          ___ not present

**DEFTS ATTY**: Arlene Zwilling
  X  present          ___ not present

**DEFTS ATTY**: William J Grahan
  X  present          ___ not present

**COURT REPORTER**:

**COURTROOM DEPUTY**: Bryan Morabito

X     CASE CALLED.

_     HEARING HELD/ CONT'D TO _____.

_     ORDER ENTERED ON THE RECORD.

**OTHER**: A further telephone status conference is scheduled before Judge Feuerstein on 5/11/2017 at 11:15 am. Plaintiff's counsel is directed to initiate the conference call to 631-712-5630.