## CIVIL CAUSE FOR STATUS CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

DATE: June 1, 2017       TIME: 30 MINUTES

```
                                          F I L E D
                                       IN CLERK'S OFFICE
                                  U.S. DISTRICT COURT E.D.N.Y.
                                     ★   JUN 01 2017   ★
                                       LONG ISLAND OFFICE
```

**CASE NUMBER:**   2:16-cv-05150-SJF-SIL

**CASE TITLE:**   Defeo v. County of Suffolk, N.Y. et al

**PLTFFS ATTY:**   Ryan Lozar
  X  present         __ not present

**DEFTS ATTY:**   Arlene Zwilling
  X  present         __ not present

**DEFTS ATTY:**   William J Grahan
  X  present         __ not present

**COURT REPORTER:**

**COURTROOM DEPUTY:** Bryan Morabito

X   CASE CALLED.

_   HEARING HELD/ CONT'D TO_____.

_   ORDER ENTERED ON THE RECORD.

**OTHER:** Status conference held. Plaintiff's claims against the Police Officer Defendants are deemed withdrawn. Defendant's motion to dismiss Plaintiff's counterclaims to be served by 7/6/2017; Plaintiff's opposition to be served by 8/7/2017; reply to be served, and fully briefed motion to be filed by 8/17/2017. A further status conference has been set for 9/28/2017 at 11:15 a.m.