**William J. Graham, PC**
Attorney at Law
982 Montauk Highway
Suite 2
Bayport, New York 11705

(631) 231-2954
Fax (631) 231-3296

---

June 26, 2017

Hon. Sandra J. Feuerstein, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

        Re: Defeo v. County of Suffolk. N.Y. et al
        Civil Docket: 16Civ.5150 (SJH(SIL)
        <u>COURTESY COPY</u>

Dear Judge Feurstein:

    After discussion with my clients, Defendants Guy Leibstein, and AdComm, we have agreed to withdraw Defendant's First and Second Counterclaims, without prejudice. Thus, the briefing schedule for Plainitff's Motion to Dismiss Defendant's Counterclaims will no longer be necessary.

    Thank you for your assistance with this matter.

                                          Very truly yours,

                                          WILLIAM J. GRAHAM (WG 1421)

Cc:    Ryan Lozar, Esq.