The Law Office of Ryan Lozar, P.C.
305 Broadway, 10th Floor, New York, NY 10007
Tel: (310) 867-1562; Alternate Telephone: (646) 666-8262; Fax: 1-(877) 666-4456
ryanlozar@gmail.com
www.ryanlozar.com



JUNE 30, 2017

Re:   <u>Defeo v. County of Suffolk, L.I.</u>, No. 16 Civ. 5150 (SJF) (SIL)

Dear Judge Feuerstein:

I represent Plaintiff in the above-captioned Section 1983 case alleging, among other claims, false arrest and malicious prosecution.

At the Parties' last conference, the Court indicated that it would refer this case to the assigned Magistrate Judge Steven I. Locke for management of discovery. However, upon learning that Plaintiff wished to make a motion to dismiss Defendant Guy Leibstein's counterclaims against him, Your Honor postponed the discovery referral in order to set a related motion briefing schedule, which included oral argument on September 28, 2017.

On June 26, 2017, Defendant Leibstein withdrew his counterclaims, which mooted the motion to dismiss briefing schedule, leaving the case ready for discovery. <u>Docket No. 38</u>.

As a result, I write to respectfully request that the Court direct the Parties to proceed to discovery. In accordance with the Court's instructions, we will either submit a Proposed Case Management Schedule to Your Honor for consideration, or we will discuss that with Magistrate Judge Locke upon referral.

Thank you in advance for your attention.

Sincerely,

*Ryan Lozar*

Ryan Lozar