UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHRISTOPHER DeFEO,

                        Plaintiffs,                **INITIAL CONFERENCE ORDER**

        -against-                                     CV 16-5150 (SJF) (SIL)

COUNTY OF SUFFOLK et al,

                        Defendants.
------------------------------------------------------------X

**LOCKE, Magistrate Judge:**

**Conference Date:**    <u>**October 4, 2017 at 10:00 a.m.**</u> in Courtroom 820, United States Federal Courthouse, Central Islip, New York. The parties are directed to confirm the date and time of this conference with each other.

       The above-captioned case has been referred to United States Magistrate Judge Steven I. Locke for purposes of overseeing discovery, resolution of discovery disputes, settlement conferences and any other purposes set forth at 28 U.S.C. §636(b)(1)(A). Lead counsel and/or pro se parties must be present for an initial conference at the date and time indicated above. Counsel and/or pro se parties are expected to be familiar with the Federal Rules of Civil Procedure concerning discovery - *see generally* Fed. R. Civ. P. Rules 16 & 26-37, and the Individual Rules of the undersigned, which are attached to this Order.

       **<u>Prior to this conference</u>, the parties, with limited exceptions, must hold a discovery planning conference pursuant to Fed. R. Civ. P. Rule 26(f), must provide automatic disclosure pursuant to Rule 26(a)(1) unless this proceeding is exempted from such disclosure pursuant to Rule 26(a)(1)(E), and must file a proposed discovery plan consistent with the factors set forth in Rule 26(f)(1)-(4).**

       The proposed discovery plan must be electronically filed under "Other Documents" as a "Proposed Scheduling Order" no less than two days prior to the conference. **District Judge Sandra J. Feuerstein has directed that all discovery be completed by 1/19/2018.** Using Judge Feuerstein's discovery deadline as an end date, the plan, should include proposed deadlines for the service of and response to written discovery, completion of depositions, motions to amend pleadings, including joinder of additional parties, all expert discovery (including identification of experts and rebuttal experts and disclosure of expert reports), filing of dispositive motions, and submission of a joint proposed pre-trial order.

Dated:  Central Islip, New York
          September 22, 2017                          **SO ORDERED:**

                                                                /s/ Steven I. Locke
                                                            STEVEN I. LOCKE
                                                            United States Magistrate Judge