# SCHEDULING ORDER WORKSHEET

**DEADLINES & COURT APPEARANCES**

_____ **:** Exchange of Rule 26(a)(1) disclosures

_____**:** Service of first interrogatories and document demands

_____**:** Responses to first interrogatories and document demands

_____**:** Motions to join new parties or amend the pleadings

**TBD by Court**   **:**   Status conference in courtroom 820

_____**:** Completion of depositions

_____**:** Identification of case-in-chief experts

_____**:** Rule 26 disclosures for case-in-chief experts

_____**:** Identification of rebuttal experts

_____**:** Rule 26 disclosures for rebuttal experts

_____**:** Commencement of summary judgment motion practice.

**TBD by Court**   **:**   Pretrial conference in courtroom 820