UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTOPHER DeFEO,

                              Plaintiff,            **SCHEDULING ORDER**
                                                   CV 16-5150 (SJF) (SIL)

            -against-

COUNTY OF SUFFOLK, N.Y. et al,

                              Defendants.
-------------------------------------------------------------X

**LOCKE, Magistrate Judge:**

      District Judge Sandra J. Feuerstein has scheduled a pretrial conference for June 20, 2018 and has set deadlines for the completion of fact discovery and filing of dispositive motions. The following deadlines are set in accordance with those dates:

**DEADLINES & COURT APPEARANCES**

 10/31/17     **:**   Service of first interrogatories and document demands

 30 days after DRI service**:**   Responses to first interrogatories and document demands

 11/15/17     **:**   Motions to join new parties or amend the pleadings

 **12/5/17 at 10:00 am:**  Status conference in courtroom 820 of the Central Islip courthouse.

 1/12/18     **:**   Completion of depositions

 12/1/17     **:**   Identification of case-in-chief experts

12/8/17     **:**   Service of Rule 26 disclosures for case-in-chief experts

 12/18/17     **:**   Identification of rebuttal experts

 1/12/18     **:**   Rule 26 disclosures for rebuttal experts

 4/20/18     **:**   Commencement of summary judgment motion practice. Depending on the assigned district judge, the first action commencing the practice would be either requesting a pre-motion conference or initiating the exchange of Local Civil Rule 56.1 statements. Parties are required to consult the individual rules of the district judge regarding motion practice.

**This scheduling order will be modified by the Court only upon a timely showing of good cause. Any request for modification of this scheduling order must be in writing, and submitted in accordance with the undersigned's Individual Rule 2 (C).**

Motions to resolve discovery disputes must be made by letter in accordance with Local Civil Rules 37.1 & 37.3 and in compliance with additional requirements set forth in the undersigned's Individual Rules.  Motions that do not comply with all requirements will be returned to the movant.  Untimely opposition, or no opposition, to letter motions may result in the motion's being granted as unopposed.

All parties are advised that they are under a continuing obligation to keep the Court apprised of any changes in their contact information including, but not limited to, their addresses.

Dated: Central Islip, New York
       October 4, 2017

**SO ORDERED:**
 s/ Steven I. Locke
STEVEN I. LOCKE
United States Magistrate Judge