| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>            U.S. MAGISTRATE JUDGE | DATE: 11/8/17<br>TIME: 11:00 am |

CASE:  **CV 16-5150(SJF) DeFeo v. County of Suffolk et al**

TYPE OF CONFERENCE:  MOTION            FTR:   11:12-11:27

APPEARANCES:
   For Plaintiff:   Ryan Lozar

   For Defendant: William Graham

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other:   Defendants' motion for a protective order, DE [44], is denied for the reasons set forth on the record. The status conference scheduled for 12/5/2017 has been adjourned without date.


                              SO ORDERED

                               /s/Steven I. Locke
                              STEVEN I. LOCKE
                              United States Magistrate Judge