AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Christopher Defeo, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 16-5150 (SJF) (SIL) |
| Guy Leibstein, | ) |
| | ) |
| *Defendant* | ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Suffolk County Police Department

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Certified Suffolk County Police Department records, including Internal Affairs Bureau records, relating to Christopher Defeo's September 22, 2015, arrest by Suffolk County Police and the related prosecution. Please see attached rider for additional information relating to the subpoenaed records.

| Place: Law Office of Ryan Lozar<br>305 Broadway, Suite 1001<br>New York, NY 10007 | Date and Time:<br>December 1, 2017   12pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 11/3/2017

*CLERK OF COURT*

OR  /s/ Ryan Lozar

_____                    _____
*Signature of Clerk or Deputy Clerk*                   *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Christopher Defeo
, who issues or requests this subpoena, are:
Law Office of Ryan Lozar, 305 Broadway, Suite 1001, New York, NY 10007, ryanlozar@gmail.com, (310) 867-1562

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 16-5150 SJF-SIL, Defeo v. Leibstein

SUMMONS RIDER

This rider to the attached Rule 45 subpoena, issued pursuant to the Federal Rules of Civil Procedure ("FRCP"), provides additional detail regarding the requested records.

In connection with Christopher Defeo's September 22, 2015, arrest, the County of Suffolk Police Department's Internal Affairs ("IA") division performed an investigation under (on information and belief, Internal Affairs case number 15-836i). Although the attached FRCP 45 subpoena seeks any and all certified records created in connection with Mr. Defeo's September 22, 2015, arrest and prosecution, this rider clarifies that Mr. Defeo also seeks the IA records.

The records that are the subject of this FRCP 45 subpoena were previously the subject of an Unsealing Order ordered by the Suffolk County District Court relating to this action. Enclosed herewith please find a true and accurate copy of a fully executed Stipulated Order to Unseal Records Pursuant to CPL § 160.50 and § 160.55 in reference to this matter.

Please note that in lieu of appearance to produce the records, this subpoena may be satisfied by forwarding the certified copies of records to the Law Office of Ryan Lozar, 305 Broadway, Suite 1001, New York, NY 10007. Any and all questions regarding the same may be directed to Ryan Lozar, Esq., of that office at (310) 867-1562 or ryanlozar@gmail.com.

Below is identifying information about Christopher Defeo, the September 22, 2015, arrest and ensuing prosecution that may aid in the location of records.

| | |
|---|---|
| Name: | Christopher Defeo |
| DOB: | July 31, 1980 |
| Social Security No.: | 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 |
| NYSID: | 0974483M |
| Arrest No. | 026230-15 |
| Criminal Complaint No.: | 15-0443890 |
| Dist. Ct. Docket No.: | 2015 SU 038628 |
| Criminal charge: | New York State Penal Law Section 155.25 |
| Internal Affairs Case No.: | 15-836i (on information and belief) |