UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CHRISTOPHER DEFEO,

         Plaintiff,

 -against-              **NOTICE OF APPEARANCE**

                    16 CV 5150 (SJF) (SIL)

COUNTY OF SUFFOLK, N.Y.,
SUFFOLK COUNTY POLICE
DANE FLYNN, Shield No. 6092
Individually, SUFFOLK COUNTY
POLICE OFFICER LEE, individually,
GUY LEIBSTEIN, and ADCOMM,

         Defendants.

----------------------------------------------------------------X

  PLEASE TAKE NOTICE that the undersigned hereby appears as counsel in the above-captioned case on behalf of defendants GUY LEIBSTEIN and ADCOMM.

February 8, 2018

                    _____
                    Joseph Ferrante
                    Keahon, Fleischer & Ferrante
                    1393 Veterans Highway
                    Suite 312 North
                    Hauppauge, New York  11788
                    (631) 361-5360
                    (631) 361-5365 (facsimile)
                    joefesq@gmail.com

To: All Counsel of Record