UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CHRISTOPHER DEFEO,

      -against-

COUNTY OF SUFFOLK, N.Y., SUFFOLK COUNTY
POLICE DANE FLYNN, Shield No. 6092
Individually, SUFFOLK COUNTY POLICE OFFICER
LEE, individually, GUY LEIBSTEIN, and ADCOMM,

                Defendants.
-----------------------------------------------------------------x

16 Civ. 5150 (SJF) (SIL)

**NOTICE OF
APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel in the above-captioned case on behalf of defendants GUY LEIBSTEIN and ADCOMM.

Dated:    February 20, 2018
            Commack, New York

LAW OFFICES OF MICHAEL J. ALBER
By:  **Michael J. Alber, Esq.**
5036 Jericho Turnpike
Commack, New York 11725
(631) 462-6900
Fax (631) 462-6999
MJA@Alberlaw.com

To: All Counsel of Record