**CIVIL CAUSE FOR STATUS CONFERENCE**

## BEFORE: JUDGE FEUERSTEIN

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 17 2018 ★

LONG ISLAND OFFICE

**DATE:** July 17, 2018      **TIME:** 30 MINUTES

**CASE NUMBER:**   2:16-cv-05150-SJF-SIL

**CASE TITLE:**   Defeo v. County of Suffolk, N.Y. et al

**PLTFFS ATTY:**   Ryan Lozar
   X  present        ___ not present

**DEFTS ATTY:**   Joseph Ferrante
   X  present        ___ not present

**COURT REPORTER:**

**COURTROOM DEPUTY:** Bryan Morabito

X   CASE CALLED.

_   HEARING HELD/ CONT'D TO_____.

_   ORDER ENTERED ON THE RECORD.

**OTHER:** Defendant to serve motion by 8/24/2018. Plaintiff to serve opposition by 9/24/2018. Reply and fully briefed motion to be served and filed with the Court by 10/8/2018. Jury selection and trial is scheduled before Judge Feuerstein on 9/4/2018 at 10:00 am.