EASTERN DISTRICT OF NEW YORK
UNITED STATES DISTRICT COURT
-----------------------------------------------------------------x

CHRISTOPHER DEFEO,

                     Plaintiff,           NOTICE OF MOTION
                                          IN LIMINE

v.                                             No. 16 Civ. 5150

GUY LEIBSTEIN and B&E PRINTING
d/b/a ADCOMM DIGITAL,

                     Defendants.

-----------------------------------------------------------------x

**PLEASE TAKE NOTICE** that, upon the accompanying declaration of Ryan Lozar, dated August 23, 2018, and the Exhibits annexed thereto, the accompanying memorandum of law and fact, and upon all the previous pleadings and proceedings, Plaintiff Christopher Defeo will move this Court, at a date and time to be determined by the Court, for a Pre-trial Order establishing certain evidentiary matters and precluding Defendants, their witnesses and attorneys from introducing or otherwise inquiring into certain evidentiary matters, and for all such other relied as this Court deems just and proper.

Dated:  August 23, 2018
           New York, New York

                                                  Respectfully submitted,

                                                  Ryan Lozar, Esq.
                                                  Attorney for Plaintiff
                                                  305 Broadway, 14th Floor
                                                  New York, New York 10007
                                                  (310) 867-1562
                                                  ryanlozar@gmail.com