## POLICE DEPARTMENT COUNTY OF SUFFOLK, NEW YORK

### INTERNAL CORRESPONDENCE

TO: Mathew Lewis, Inspector, CO 1st Precinct

DATE: January 30th, 2016

FROM: David Leath, Police Officer #5172, 1st Precinct CSU

COPY TO: As needed

SUBJECT: **INTERNAL AFFAIRS BUREAU Case# 15-8361**

This report is being submitted for administrative purposes only and under orders of Sgt. Blaskiewicz #1251. I have not done so voluntarily and expressly decline to waive my right against self-incrimination and right to counsel. In addition, this statement, or any part thereof, may not be used against me in any subsequent criminal proceeding and I submit this report/ statement to avoid disciplinary sanctions.

1. On 9/22/15 I was working an 8x4 tour in CSU and patrolling the hamlet of N. Babylon. My immediate supervisor was Sgt. David Teufel #1150.
2. On 9/22/15 I arrested Christopher Defeo.
3. The arrest occurred at 27 Chapel Pl, N. Babylon
4. I did not recall making any phone calls prior to the arrest. I do believe after the arrest that I did contact the PCS unit to confirm the subjects warrant. I do not recall who I spoke to in PCS.
5. I did not speak with anyone regarding this arrest other than the above mentioned phone
6. My probable cause to arrest Christopher Defeo was an active 1st District Court warrant #15011294 which was issued on 9/17/15 by Judge Morris. See the attached copy of said warrant.
7. I do not and did not know the complaint of the original offense.
8. I do not know what school Guy Leibstein attended.
9. I do not personally know Guy Leibstein.
10. At no time did Christopher Defeo show me any documents related to his case. During the arrest Mr. Defeo did attempt to show me text messages between himself and his business partner. I advised Mr. Defeo to save them if he believed they may assist him in his defense. I do not recall the content of the messages.
11. After viewing the text messages I did still have probable cause for the arrest based on the active 1st District court warrant.
12. At no time did I intentionally delay the arraignment of Mr. Defeo.
13. I did not conspire with Guy Leibstein in any way.

Respectfully Submitted,

David Leath, P.O #5172/ 120/T2



PLAINTIFF'S EXHIBIT 43

Att #8.1