## RELEVANT DOCUMENTARY EVIDENCE

**Court Informations/Arrest Reports**
IRS Arrest Details Report for Arrest # 026230-15 (Attachment #3)
This report documents the arrest of Chris Defeo on 9/22/15 and provides the following relevant information:
- This arrest was based on 1st District Court Warrant #15011294 issued on 9/17/15 by Judge Morris, docket #2015SU038828 and was for charge PL§155.25.
- The arrest was made by Police Officer Leath and was processed at the First Precinct.
- Defeo was arraigned at 1st District Court on 9/23/15.

**Field/Incident Reports:** (CC#: 15-443896)

Incident Report PDCS 1099, 7/30/15: (Attachment #6)
This report documents a Petit Larceny and provides the following relevant information:
- 7/10/15 an unknown person stole CHASE Check #3514 from the account owned by Guy Leibstein.
- Leibstein reports Defeo, a former employee, as a possible suspect.
- Check was cashed for $500.00 at an unknown bank.

Statement Form PDCS 1185b, 8/28/15: (Attachment #4)
Statement is authored by Guy Leibstein and transcribed by Officer Flynn.
- Leibstein named Chris Defeo as an employee of Adcomm.
- Leibstein is the owner of Adcomm and is the *only* person who writes checks for the business.
- Defeo wrote a business check (#3514) in the amount of five hundred dollars without permission.
- Leibstein asked Defeo why he wrote the check he stated, "He needed the money."
- Leibstein unequivocally wants Defeo arrested.

Criminal Incident Report Continuation PDCS1099-1, 8/25/15: (Attachment #7)
- Leibstein stated that his ex-employee, Defeo, did remove a CHASE business check #3514 from Leibstein's place of business and cashed it for $500.00.
- Leibstein wants to press charges.
- Leibstein responded to the First Precinct where an interview was conducted and statement taken.
- Flynn conducted a premise check for Defeo which met with negative results.
- Flynn did prepare a warrant request and MDC message was broadcast via the MDC.
- Flynn marked case exceptionally cleared based on the warrant request he prepared.

**Domestic Incident Reports:**
N/A

**Prisoner Activity Log:** (Attachment #5)
On the subject date, Sergeant Robert Romeo 1245/110/3 interviewed Christopher Defeo. Romeo documented that Defeo had no apparent illness or injury. Defeo made three phone calls, including one at 1200 hours identified as his lawyer.
- Defeo was arrested on 9/22/15 at 1049 hours on a warrant for PL§155.25.
- The arresting officer was P.O. Leath.
- Defeo was transferred to 1st District Court on 9/23/15.

**Subject Resistance Reports:**
N/A

**Photographs:**
N/A

**Hospital Records:**
N/A

**Relevant Statements related to any criminal cases:** N/A